UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE VAN EPPS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO.  CV-07-284-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g) .  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 10th day of October, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk